**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| ANTHONY THOMPSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:05-cv-254-RLY-WGH |
| | ) | |
| CRAIG HANKS, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Discussing Request to Proceed *In Formal Pauperis* and
Motion for Counsel and Order to Show Cause**

**I.**

The petitioner's request to proceed *in forma pauperis* is **denied** because the petitioner has sufficient funds to pay the Five Dollar ($5.00) filing fee. He shall have **thirty (30) days** from the date of issuance of this Entry in which to pay the filing fee.

**II.**

Petitioner Thompson seeks the appointment of counsel in this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Appointment of counsel in habeas corpus proceedings is governed by 18 U.S.C. § 3006A(a)(2)(B). "Whenever . . . the court determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . is seeking relief under section 2241, 2254, or 2255 of title 28." *Id.*

Thompson seeks relief in this action from his 1995 conviction of burglary and attempted murder in an Indiana state court. He was assisted by counsel at trial, on appeal, and in filing his petition for post-conviction relief. Thompson asserts that he is ignorant of the law and is indigent. The court finds, however, that Thompson has stated his claims in a coherent manner and that the issues presented are not particularly complex. These are not circumstances showing that it is in the interest of justice to appoint counsel. Accordingly, Thompson's motion for appointment of counsel is **denied.**

Case 2:05-cv-00254-RLY-WGH   Document 4   Filed 10/27/05   Page 2 of 2 PageID #: 27

**III.**

The petitioner's custodian is directed to answer the allegations of the petitioner's petition for a writ of habeas corpus, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. This shall be done within **twenty (20) days** after the date this Entry is signed. The petitioner shall have twenty (20) days after service of such answer or return to order to show cause on him in which to reply.

A copy of the petitioner's petition and the attachments thereto shall be sent with this Entry to the Indiana Attorney General.

**IT IS SO ORDERED.**

Date: 10/27/2005

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Anthony Thompson
DOC #956287
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770

**Note to Clerk: Processing this document requires actions other than docketing and distribution.**